```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 30257
   CHRISTOPHER LEE MASKE
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-5032


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/02/05 and confirmed on 10/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  13157.88 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 6356.72 | 495.73 | 6356.72 |
| DELL FINANCIAL | SECURED | 200.00 | 11.06 | 200.00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 361.13 | .00 | 361.13 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GEICO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 678.80 | .00 | 678.80 |
| LINDEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1145.96 | .00 | 1145.96 |
| NAPER CLINICAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PINION MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | 620.00 | .00 | 620.00 |
| OAK PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ZTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED - C | 840.27 | .00 | 103.63 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
       Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6556.72 | .00 | 2805.89 | 840.27 | 10202.88 |
| PRINCIPAL PAID | 6556.72 | .00 | 2805.89 | 103.63 | 9466.24 |
| INTEREST PAID | 506.79 | .00 | .00 | .00 | 506.79 |
| TOTAL PAID | 7063.51 | .00 | 2805.89 | 103.63 | 9973.03 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    502.34 .

Refunds to the Debtor totaled $    482.51 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/07
                                 /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE